IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| NANCY M. ELSWICK, | )<br>) |
| Plaintiff, | )<br>) No. 09-100 EJM<br>) |
| vs. | ) ORDER<br>) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Plaintiff brings this action seeking judicial review of the Commissioner's denial of her application for social security disability and supplemental security income benefits. Briefing concluded on December 23, 2009. The court has jurisdiction pursuant to 42 USC §405(g). Reversed and remanded for further consideration.

Claiming an onset date of March 18, 2006, plaintiff alleges disability due to impairments including lymphoma, seizures, and back pain. She asserts that the Administrative Law Judge (ALJ) erred in relying upon an insufficient hypothetical question posed to a vocational expert, erred in discounting the opinion of a consulting neurologist, erred in failing to assess the materiality of alcohol and drug use, erred in evaluating the views of Dr. Worrell, and erred in the consideration of whether plaintiff's condition meets or equals any listing. Accordingly, she asserts that the Commissioner's decision is not supported by substantial evidence on the record as a whole.

Defendant, in response, seeks remand for further consideration for the reasons set forth in his brief. Plaintiff responds with no resistance.

Upon application and for cause, this matter shall be remanded for further consideration in accordance herewith.

It is therefore

ORDERED

Reversed and remanded for further consideration pursuant to Sentence Four of 42 USC §405(g).

March 18, 2010.

*Edward J. McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT